NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2083
    Facsimile:  (213) 894-7819
    E-mail: Aaron.Kollitz@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NADINE EISENKOLB, an individual; and CORNELIA ZEIDLER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and DOES 1 THROUGH 20, Inclusive,<br><br>    Defendants. | No. CV 19-00519-FMO (SS)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

1   IT IS HEREBY STIPULATED AND AGREED by Plaintiff, CORNELIA
2  ZEIDLER and Defendant, United States of America, by and through their respective
3  attorneys, that the above-captioned action shall be dismissed in its entirety with
4  prejudice.  Each party shall bear its own attorney's fees, costs and expenses.

5  Dated: December 2, 2019          HARRIS PERSONAL INJURY LAWYERS, INC.

8                                              /s/  *Erich Tomkinson*
                                              ERICH TOMKINSON
9                                             Attorneys for Plaintiff, CORNELIA ZEIDLER

11 Dated: December 2, 2019          NICOLA T. HANNA
                                              United States Attorney
12                                            DAVID M. HARRIS
                                              Assistant United States Attorney
13                                            Chief, Civil Division
                                              JOANNE S. OSINOFF
14                                            Assistant United States Attorney
                                              Chief, General Civil Section

17                                             /s/  *Aaron Kollitz*
                                              AARON KOLLITZ
18                                            Assistant United States Attorney

19                                            Attorneys for Defendant
                                              UNITED STATES OF AMERICA

1

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Aaron Kollitz, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Erich Tomkinson has concurred in this filing.

Dated: December 2, 2019

                                              /s/   *Aaron Kollitz*
                                        Assistant United States Attorney