JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
12/5/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NADINE EISENKOLB, an individual; and CORNELIA ZEIDLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 THROUGH 20, Inclusive,<br><br>Defendants. | No. CV 19-0519-FMO (SSx)<br><br>**ORDER DISMISSING CASE BY PLAINTIFF CORNELIA ZEIDLER**<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

Based upon the Stipulation for Dismissal submitted by Plaintiff Cornelia Zeidler and Defendant United States of America, IT IS HEREBY ORDERED that this case is dismissed as to Plaintiff Cornelia Zeidler with prejudice. The parties shall bear their own fees and costs.

Dated: December 5, 2019

                                              /s/
                                     FERNANDO M. OLGUIN
                                     United States District Judge